

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*610 Federal Plaza*
*Central Islip, New York 11722*

February 13, 2026

Honorable Sanket J. Bulsara
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re: *Bonilla-Romero v. Bondi, et al,* 26-cv-0796 (Bulsara, J.)

Dear Judge Bulsara:

This Office represents Respondents Pam Bondi, Attorney General of the United States; Kristi Noem, Secretary for the United States Department of Homeland Security; Todd M. Lyons, Acting Director, United States Immigration and Customs Enforcement; and Brian Flanagan, Acting Deputy Field Office Director for ICE in New York City Area, in their official capacities ("Respondents"), in the above petition for a writ of habeas corpus filed by Petitioner Elin Adalid Bonilla-Romero ("Petitioner"). Docket Entry 1. This letter is respectfully submitted pursuant to the Court's Order dated February 12, 2026, directing Respondents to address where Petitioner has been detained. The undersigned has been advised by ICE that: Petitioner was arrested on February 11, 2026 and brought to the ICE processing offices at Nassau County Correctional Center ("NCCC"). He was thereafter transferred to NCCC for temporary detention, where he remains as of the filing of this letter.

Respondents are aware of the Court's order prohibiting the transfer of Petitioner outside of the Eastern District of New York or the Southern District of New York.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By:    /s/ Megan Freismuth
       Megan Freismuth
       Assistant United States Attorney