UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

ELIN ADALID BONILLA-ROMERO,

                               Petitioner,

                v.

PAM BONDI, *Attorney General of the United States,* KRISTI NOEM, *Secretary of the Department of Homeland Security,* TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement; BRIAN FLANAGAN, *Acting Deputy Field Office Director for ICE in New York City Area, in their official capacities,*

                               Respondents.
-----------------------------------------------------------------x

Civil Action
No. 26-cv-796

(Bulsara, S.)

## DECLARATION OF JERVA J. JOHN

I, Tony Petito, declare under penalty of perjury that the following is true and correct:

    1.      I am an acting Assistant Field Office Director U.S. Immigration and Customs Enforcement ("ICE") within the U.S. Department of Homeland Security ("DHS"). I have served in this capacity since January 2026 at the Long Island New York Sub-Office. As an Acting Supervisory Detention and Deportation Officer, I am familiar with certain DHS procedures relating to the processing, removal, detention, and parole of aliens. I have access to DHS and ICE files, records, and databases maintained in the ordinary course of DHS business, including records regarding Petitioner Elin Bonilla Romero ("Petitioner") who is assigned Alien Number 209 320 904.

    2.      The following information is based on my personal knowledge, my review of information obtained from other individuals employed by DHS and ICE, and information obtained from government databases maintained by DHS and ICE.

    3.      Petitioner is a native and citizen of Honduras.

1

4.      On an unknown date and place of entry, Petitioner unlawfully entered the United States.  He had illegally crossed the border, and was not at that time admitted or paroled, or inspected by an immigration officer.

5.      On September 19, 2015, Petitioner was arrested for Driving While Intoxicated in Suffolk County, New York, and charged with Driving While Intoxicated ("DWI"), in violation of Vehicular and Traffic Law § VTL 1192 subsection 3, Operating a Motor Vehicle with .08 of 1% Alcohol or More in Blood, in violation of § VTL 1192 subsection 2, and Harassment in the Second Degree, in violation of New York Penal Law ("NYPL") section 240.26.  On September 26, 2016, the State of New York, Suffolk County First District Court convicted Petitioner of Driving While Ability Impaired in violation of VTL § 1192.01 (001) under court case number 2015SU039012.

6.      On January 8, 2016, Petitioner was arrested for Violating an Order of Protection in Suffolk County and charged with Criminal Contempt, in violation of NYPL § 215.51 subsection BV.  On June 15, 2016, the State of New York, Suffolk County First District Court convicted Petitioner of Disorderly Conduct: Create Hazardous or Physically Offensive Condition in violation of NYPL § 240.20 subsection 7. Petitioner was sentenced to conditional discharge and an Order of Protection for two years was issued.

7.      On August 5, 2016, Petitioner filed an application for with United States Citizenship and Immigration Services ("USCIS").

8.      On February 11, 2026, at approximately 11:40 A.M., ICE officers encountered Petitioner at a USCIS office in Bethpage, New York.  Record checks revealed that Petitioner was illegally present in the United States.  ICE officers arrested Petitioner under INA section 235(b)(2)(A), 8 U.S.C. § 1225(b)(2)(A) pursuant to a Warrant of Arrest of Alien, Form I-200, without incident and transported him to the ICE intake facility located at the Nassau County

Correctional Center ("NCCC") at 100 Carman Avene, East Meadow, for processing. Record checks confirmed that Petitioner is a native and citizen of Honduras, who has a prior criminal history. During processing, Petitioner was served an I-200. A true and correct copy of the I-200 is attached hereto as Exhibit A.

9.     On February 11, 2026, during processing, Petitioner was also personally served with a Form I-862 Notice to Appear ("NTA"), charging him as inadmissible under INA § 212(a)(6)(A)(i), 8 U.S.C. § 1182(a)(6)(A)(i), as an alien present in the United States without being admitted, or who arrived in the United States at a time or place other than as designated by the Attorney General. The NTA advised Petitioner to appear before an immigration judge with the Executive Officer of Immigration Review ("EOIR") location at 26 Federal Plaza, New York, New York, on March 23, 2026. The same day, the NTA was served on EOIR, thereby initiating removal proceedings. A true and correct copy of the NTA is attached hereto as Exhibit B.

10.     Thereafter, a Notice of Hearing was issued by EOIR advancing the court date to February 17, 2026. A true and accurate copy of the hearing notice is attached hereto as Exhibit C.

11.     During the early evening on February 11, 2026, Petitioner was transferred to NCCC for temporary holding, detained under INA section 235(b)(2)(A), 8 U.S.C. § 1225(b)(2)(A).

12.     On February 12, 2026, petitioner was inadvertently transferred to Delaney Hall in Newark, New Jersey.

Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 13th day of February 2026, Long Island, New York.

TONY PETITO  Digitally signed by TONY PETITO

Tony Petito
Acting Assistant Field Office Director
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security