**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*610 Federal Plaza*
*Central Islip, New York 11722*

February 13, 2026

Honorable Sanket J. Bulsara
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re: *Bonilla-Romero v. Bondi, et al,* 26-cv-0796 (Bulsara, J.)

Dear Judge Bulsara:

This Office represents Respondents in the above petition for a writ of habeas corpus filed by Petitioner Elin Adalid Bonilla-Romero ("Petitioner"). This letter is respectfully submitted in compliance with the Order entered today, February 13, 2026, in which the Court ordered Respondents to release Petitioner from custody and to file a letter on the docket confirming Petitioner's release by 9:00 p.m. *See* Dkt. No. 7.

ICE advised the undersigned Assistant United States Attorney that Petitioner was released on February 13, 2026 at approximately 5 p.m. In an email to the undersigned Assistant United States Attorney, Petitioner's counsel acknowledged that Petitioner has been released.

Thank you for the Court's attention to this submission.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By: /s/ Megan Freismuth
Megan Freismuth
Assistant United States Attorney