UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

ELIN ADALID BONILLA-ROMERO,

Petitioner,

v.

PAM BONDI, *Attorney General of the United States,* KRISTI NOEM, *Secretary of the Department of Homeland Security,* TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement; BRIAN FLANAGAN, *Acting Deputy Field Office Director for ICE in New York City Area, in their official capacities,*

Respondents.

----------------------------------------------------------------x

**Supplemental Declaration of Supervisory Detention and Deportation Officer**
**<u>Tony Petito</u>**

Civil Action
No. 26-cv-796

(Bulsara, S.)

Pursuant to 28 U.S.C. § 1746, I, Tony Petito, declare under penalty of perjury that the following is true and correct:

1. I am a Supervisory Detention and Deportation Officer ("SDDO") at U.S. Immigration and Customs Enforcement ("ICE") within the U.S. Department of Homeland Security ("DHS"). I have served in this capacity since April 28, 2019. As a SDDO, I supervise Deportation Officers at the Enforcement and Removal Operations ("ERO") Long Island Sub-Office. I have access to the DHS administrative files for Petitioner Elin Bonilla Romero ("Petitioner") who is assigned Alien Number 209 320 904.

1. On February 13, 2026, I signed and submitted a declaration in this case. I realize that the declaration signed on February 13, 2026, was inadvertently labeled "Declaration of Jerva J. John" and included some of Acting Supervisory Detention and Deportation Officer John's employment history. At the time of the Petitioner's arrest on February 11, 2026, I was serving as

the Acting Assistant Field Office Director (AAFOD) in the Long Island New York Sub-Office. I served in this capacity as AAFOD from January 2026 through July 2026.

2. Based on my review of documents in EARM, I stated that Petitioner was arrested pursuant to a Form I-200, Warrant for Arrest. At the time, I believed there was only one warrant signed, which was signed by SDDO Jason Langlois on February 11, 2026, and submitted to this court along with my declaration.

3. Since then, it has come to my knowledge that another warrant was signed by ASDDO Michael Damiano on that same day for this Petitioner. At the time I signed my previous declaration, I did not have knowledge of this other warrant.

Executed at Central Islip, New York
This 18th day of August 2026.

TONY PETITO Digitally signed by TONY PETITO
Date: 2026.08.18 11:28:56 -04'00'

Tony Petito
Supervisory Detention and Deportation Officer
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security